

**IT IS ORDERED as set forth below:**

**Date: August 1, 2012**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| FUEL BARONS, INC., ) | CASE NO. 12-51650-mgd |
| d/b/a OZOFIRE AND ) | |
| d/b/a SUREFIRE, ) | |
|     Debtor. ) | |
| _____) | |

**ORDER SETTING DEADLINE FOR CLAIMANTS TO FILE RESPONSIVE
PLEADING IN ORDER TO HAVE RIGHT TO PARTICIPATE IN CONSOLIDATED
DISCOVERY**

On August 1, 2012, Fuel Barons, Inc. d/b/a Ozofire, d/b/a Surefire, debtor and debtor-in-possession in the above-captioned bankruptcy case ("Debtor") filed a motion requesting that the Court set a deadline for all claimants having filed a proof of claim on or before July 23, 2012, (collectively, the "Claimants") to file a responsive pleading in order to participate in consolidated discovery or otherwise be prohibited from obtaining further discovery of the Debtor (the "Motion") (Doc. No. 162).  The Motion is available for review in the Clerk's Office, United States Bankruptcy Court, during normal business hours or online at ***http://ecf.ganb.uscourts.gov***

386590.doc

(registered users) or at ***http://pacer.psc.uscourts.gov*** (unregistered users). The Court having considered the Motion and for good cause shown, it is hereby

**ORDERED** that the Motion is GRANTED subject to written objection, stating the grounds therefor, on or before the close of business[1] August 22, 2012, with the Clerk, U. S. Bankruptcy Court, 1340 U. S. Courthouse, 75 Spring Street, S.W., Atlanta, Georgia 30303-3367. If any objection is filed, a hearing on the Motion will be held in Courtroom 1201, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia 30303, on August 23, 2012, at 10:30 a.m. It is further

ORDERED that any Claimant wishing to participate in and obtain discovery from the Debtor who has not filed a motion for relief from stay as of August 7, 2012:

1. **Must file** a responsive pleading in order to participate (the "Participation Notice") on or before the close of business August 22, 2012, with the Clerk, U. S. Bankruptcy Court, 1340 U. S. Courthouse, 75 Spring Street, S.W., Atlanta, Georgia 30303-3367; and

2. **Must serve** a copy of Participation Notice on counsel for the Debtor, Gregory D. Ellis, 3343 Peachtree Road, N.E., East Tower, Suite 550, Atlanta, Georgia 30326-1022.

**Any Claimant that fails to timely file its Participation Notice on or before August 22, 2012 shall forever barred, estopped, and enjoined from seeking or obtaining discovery of the Debtor and the Debtor's bankruptcy estate.** It is further

**ORDERED** that the entry of this Order is not a determination of, evidence of, nor an admission of insurance coverage and shall have no effect on the rights of Great American E&S Insurance Company. It is further

---

[1] Objections filed electronically may be filed up to 11:59:59 p.m. All other objections must be filed by delivery to the Clerk's Office at or before 4:00 p.m.

2

**ORDERED** that Debtor's attorney shall within two business days of entry of this order serve a copy of this Order upon the U.S. Trustee, Claimants, and all parties in interest which have filed a notice of appearance in this case and shall file a certificate of such service within three days thereafter.

[END OF DOCUMENT]

**Prepared and Presented by:**

LAMBERTH, CIFELLI, STOKES,
  ELLIS & NASON, P.A.
Attorneys for Debtor

By:*/s/ Gregory D. Ellis*
Gregory D. Ellis
Georgia Bar No. 245310
gellis@lcsenlaw.com
3343 Peachtree Road, N.E.
East Tower, Suite 550
Atlanta, Georgia 30326-1022
(404) 262-7373


**No Opposition:**

Donald F. Walton
United States Trustee, Region 21

*/s/ Martin P. Ochs with express permission*
Martin P. Ochs
NY Bar No. MO-1203
Georgia Bar Number 091608
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, Georgia  30303
(404) 331-4437
martin.p.ochs@usdoj.gov

**Identification of parties to be served pursuant to BLR 9013-2(b) NDGa.**:

Gregory D. Ellis
Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.
3343 Peachtree Road, N.E.
Suite 550
Atlanta, Georgia 30326

Martin P. Ochs
Office of United States Trustee
362 U.S. Courthouse
75 Spring Street, SW
Atlanta, GA 30303